DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372

FILED'06 MAR 21 11:04USDC-ORP

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

**Beverly Knepper**

                **Plaintiff,**

        **vs.**                                **Civil No. 04-cv-01773-ST**

**Commissioner of Social Security**

                                        **ORDER GRANTING AWARD**
        **Defendant.**                   **OF EAJA FEES**

                Pursuant to Stipulation, and good cause appearing therefore,

        IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment

against defendant for expenses in the amount of $7.13, costs in the amount of $29.20, and

attorney's fees in the amount of $4564.25 for total in the amount of $4600.58, pursuant to EAJA,

28 U.S.C. § 2412 and 28 U.S.C. § 1920.

        Done this 21st day of March, 2006.

                                        _____
                                        Judge

Page 1 - **ORDER GRANTING AWARD OF EAJA FEES**